**S. AMANDA MARSHALL, OSB # 95347**
United States Attorney
District of Oregon
**NEIL J. EVANS, OSB #96551**
neil.evans@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone:   503-727-1053
Facsimile:    503-727-1117
        Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PENDLETON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:11-cv-00823-SU |
| **Plaintiff,** | |
| v. | **NOTICE OF FILING FINAL PAPERS** |
| **HAMMOND RANCHES, INC., et al.,** | |
| **Defendants.** | |

The United States by S. Amanda Marshall, United States Attorney for the District of Oregon, and through Assistant United States Attorney Neil Evans, hereby files the Settlement Agreement in the above captioned matter.

Page 1 -    Notice of Filing Final Papers
            *United States v. Hammond Ranches, Inc. et al.*; Case No. 2:11-cv-00823-SU

Pursuant to the Settlement Agreement, an initial payment of $200,000 shall be made at which time the parties will file a Joint Stipulation of Dismissal. The initial payment was anticipated to be within 60 days of the mediation date (August 26, 2014) but that time period has been extended and payment is expected by December 1, 2014.

DATED this 24th day of November, 2014.

                Respectfully Submitted,

                S. AMANDA MARSHALL
                United States Attorney
                District of Oregon

                /s/ *Neil J. Evans*
                NEIL J. EVANS
                Assistant United States Attorney
                Oregon State Bar No. 96551