S. AMANDA MARSHALL, OSB # 95347
United States Attorney
District of Oregon
**NEIL J. EVANS, OSB #96551**
neil.evans@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone:   503-727-1053
Facsimile:    503-727-1117
         Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:11-cv-00823-SU |
| **Plaintiff,** | |
| v. | **CONSENT JUDGMENT** |
| **HAMMOND RANCHES, INC., et al.,** | |
| **Defendants.** | |

The parties to the above action stipulate and consent to the entry of judgment in favor of the United States of America, Plaintiff, and against Hammond Ranches, Inc., Dwight Hammond and Steven Hammond, Defendants, in the sum of $200,000.00. Post judgment interest shall accrue at the legal rate

Page 1 - Consent Judgment; *United States v. Hammond*, Case No. 2:11-cv-00823-SU

pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until the paid in full, but without costs to either party. Post judgment interest shall not begin to accrue until December 31, 2015.

Provided, however, that execution shall not issue upon this judgment as long as the amount is paid in full on or before December 31, 2015, through the United States Attorney, 1000 S.W. Third Avenue, Suite 600, Portland, Oregon 97204.

Date: November 20, 2014

_____
United States, by and through
Assistant United States Attorney Neil J. Evans

Date: 11-11-14

_____
Dwight Hammond

Date: 11-11-14

_____
Steven Hammond

Date: 11/11/14

_____
Hammond Ranches, Inc.
By: Susan Hammond
Its Secretary

IT IS SO ORDERED this 4th day of ~~November~~ December, 2014.

/s/ Patricia Sullvian
_____
HONORABLE PATRICIA SULLIVAN
UNITED STATES MAGISTRATE

Page 2 - Consent Judgment; *United States v. Hammond*, Case No. 2:11-cv-00823-SU