Brent H. Smith OSB #065971
E-mail: brent@baumsmith.com
BAUM SMITH, LLC
P.O Box 967
1902 Fourth Street, Suite 1
La Grande, Oregon 97850
Phone: (541) 963-3104
Fax:    (541) 963-9254

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# PENDLETON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 2:11-cv-00823-SU |
| Plaintiff | |
| v. | JOINT STIPULATION OF DISMISSAL AND JUDGMENT FOR DISMISSAL |
| HAMMOND RANCHES, INC., DWIGHT HAMMOND & STEVEN HAMMOND, | |
| Defendants | |

Plaintiff and Defendants agree and stipulate to the voluntary dismissal of this action *with* prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), for the reason the parties reached and executed a Settlement Agreement.

///

///

///

1 – JOINT STIPULATION OF DISMISSAL AND JUDGMENT OF DISMISSAL

Each undersigned representative of the parties certifies that he is fully authorized to enter into and execute this Joint Stipulation of Dismissal.

Dated this __17__ day of __February__, 2015.

IT IS SO STIPULATED:

UNITED STATES OF AMERICA

_____ 2/11/15
Neil J. Evans
Assistant United States Attorney
OSB No. 965515
Telephone: (503) 727-1053
Fax: (503) 727-1117
Attorney for Plaintiff

BAUM SMITH, LLC

_____
Brent H. Smith
OSB No. 065971
Telephone: (541) 963-3104
Fax: (541) 963-9254
Attorney for Defendants

## JUDGMENT OF DISMISSAL

Based on the foregoing stipulation;

IT IS HEREBY ORDERED AND ADJUDGED this action and each claim for relief asserted by any party are dismissed on the merits with prejudice and without costs or fees to either party on the grounds the action has been settled.

DATED:_____, 2015.

_____
The Honorable Patricia Sullivan
United States District Court Magistrate Judge